IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE DRUCK,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 19-5794 |
| | : | |
| **BARRY SMITH,** *et al.,* | : | |
| Respondents. | : | |

## JUDGMENT

**AND NOW**, this 14th day of July, 2023, it is hereby **ORDERED** as follows:

1. Judge Sitarski's Report and Recommendation (Doc. No. 31) is **APPROVED** and **ADOPTED**;

2. Petitioner George Druck's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED** with prejudice;

3. A Certificate of Appealability shall **NOT ISSUE**. See 28 U.S.C. § 2253(c)(1)(A); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.